# PD-0705-15

SAMMY VIDALES   NO. <u>2012436579</u>   IN THE COURT
V.       COA. <u>07-13-00286-CR</u>  OF CRIMINAL APPEALS
STATE OF TEXAS           AUSTIN, TEXAS

---

## Motion for Suspension of Rules

---

Comes now SAMMY VIDALES, APPELLANT Pro Se, under the protection of <u>HAINES V. KERNER</u>, 404 U.S. 520(1972), per liberal construction/application to pro se litigants and respectfully moves this Honorable Court to aknowledge Rule 2 of the Texas Rules of Appellate Procedure and use its authority under this provision to suspend in this matter operation of Tex.R.App.Proc. 9.3(B) and 9.5 in support of this motion. Sammy Vidales would show the following:

### I.

Appellant, as a Texas prisoner, does not have access to a computer or a copier to make copies to send to all parties involved.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

### Prayer

Appellant prays the Honorable Judge grant this motion and order the clerk to make proper copies and distribute said copies to all parties involved.

Respectfully Submitted,

SAMMY VIDALES
French M. Robertson Unit
12071 FM 3522
Abilene TX, 79601